AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br><br>EDOUARDO ST. FORT<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  26-CR-00069<br>Judge Ramon E. Reyes, JR<br>Magistrate Judge Peggy Kuo |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   EDOUARDO ST. FORT _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count Four: Title 18, U.S.C., Section 371 - Conspiracy to Commit Offenses Against the United States
Count Six: Title 18, U.S.C., Section 1952(a)(3) - Violation of the Travel Act
Count Eight: Title 18, U.S.C., Section 666(a)(2) - Federal Program Bribery

Date: _____03/27/2026_____

City and state:   Brooklyn, New York _____

*Jaden Monroe* __ on behalf of __
*Issuing officer's signature*

Brenna B. Mahoney, Clerk of Court
*Printed name and title*

---

| **Return** |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*